# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| REYNALDO HERRERA, JR., :<br>    Plaintiff, :<br>         :<br>v. :<br>         :   CIVIL ACTION 1:18-00058-KD-MU<br>TREY OLIVER, III, *et al*., :<br>    Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and a *de novo* determination of those portions of the Report and Recommendation (Doc. 28) to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 14, 2019 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that that the Defendants' Motion for Summary Judgment is **GRANTED,** such that the Plaintiff's claims against Defendants Trey Oliver, III, Sam Cochran, and Sam Houston are **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **14th** day of **March 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**